Wayne L. DAVIS, Plaintiff–Appellant,

v.

COMMUNITY DEVELOPMENT PERSONNEL; Rachel O'Dwyer Flynn; Art Dahlberg; Farral Henderson; Bonnie Friedman; Roy W. Eidem; Alan W. McMaham; Dyett Ellis; Michelle Coward; Keisha Stephenson; Dwight C. Jones, Mayor, City of Richmond; Timothy Kaine, Governor; William C. Shelton, State Director, the Jackson Center; Norman B. Sales, Richmond City Attorney; Gregory A. Lukanuski, Assistant Attorney, Office of the City Attorney; Bill Mims, Attorney General, Defendants–Appellees.

No. 09–1812.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 9, 2009.

Decided: Dec. 22, 2009.

Wayne L. Davis, Appellant Pro Se.

Before NIEMEYER, MOTZ, and KING, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wayne L. Davis seeks to appeal the district court's order dismissing his complaint without prejudice. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Davis seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. *See Domino Sugar Corp. v. Sugar Workers Local Union 392*, 10 F.3d 1064, 1067 (4th Cir.1993).

Accordingly, we dismiss the appeal for lack of jurisdiction. We deny Davis's mo-

tion to reconsider our previous order denying his motion for stay pending appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*